# Court of Appeals
# of the State of Georgia

ATLANTA, _October 25, 2012_

*The Court of Appeals hereby passes the following order:*

**A13A0020. LESLIE v. WELLS FARGO BANK.**

The appeal in this case was docketed on August 21, 2012, making the appellant's briefs and enumerations of error due on September 19, 2012. See Court of Appeals Rules 22; 23 (a). On September 12, 2012, this Court issued an order extending the time for appellant to file her enumeration of errors and her brief; appellant was given until October 1, 2012 to file. As of this date, appellant has not filed either her enumerations of error or her brief. Accordingly, the instant appeal is hereby DISMISSED. Court of Appeals Rules 13 and 23 (a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* _10/25/2012_
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*